IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA C. GROVER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAUNDERS COUNTY JAIL, et al.,<br><br>　　　　Defendants. | 8:20CV90<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　　　On August 25, 2020, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter.

　　　　Also on August 25, 2020, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

　　　　IT IS THEREFORE ORDERED:

　　　　1.　　This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

　　　　2.　　The court will enter judgment by a separate document.

　　　　3.　　The clerk of the court is directed to send Plaintiff copies of this Memorandum and Order and the court's Judgment both to the address on file with the court <u>and</u> to the following address: 6311 Sahler Street, Omaha, Nebraska 68104.

　　　　Dated this 1st day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge